IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

BRANDAN (BRANDI) SANCHEZ,

    Plaintiff,

v.                                       Civ. No. 1:24cv01136 KG/JMR

ALLSTATE FIRE AND CASUALTY
INSURANCE COMPANY and
SHELLY SLUGA (Adjuster for Allstate)

    Defendants.

**STIPULATED ORDER OF DISMISSAL OF SHELLY SLUGA WITH PREJUDICE**

    THIS MATTER came before the Court on Defendant Sluga's Motion for Judgment on Pleadings [Doc. 25]. Plaintiff does not oppose Sluga's dismissal because the statute of limitations of claims against Sluga has expired. *See* Pltf's Resp. at 3 [Doc. 28]. Accordingly, the Court having fully informed in the premises, FINDS that the Motion is well taken and should be granted.

    IT IS HEREBY ORDERED, ADJUDGED and DECREED that Plaintiff Brandi Sanchez's Complaint against Shelly Sluga, and all claims made or which could have been made against Defendant Shelly Sluga in this matter, are hereby dismissed with prejudice, with each party bearing their own costs and attorneys' fees. This Order does not affect Plaintiff's remaining claims against Allstate Fire and Casualty Insurance Company.

                                            /s/ KENNETH J. GONZALES[1]
                                            CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

Submitted by:

MODRALL, SPERLING, ROEHL, HARRIS
   & SISK, P.A.


By: */s/ Sonya R. Burke*
    Jennifer A. Noya
    Sonya R. Burke
    Post Office Box 2168
    Bank of America Centre, Suite 1000
    500 Fourth Street, N.W.
    Albuquerque, New Mexico 87103-2168
    Telephone: (505) 848-1800

*Attorneys for Allstate and Sluga*

Approved by:

By: *Approved via email on Apr. 9, 2025*
    Jacob J. Salazar
    THE SALAZAR LAW FIRM, P.A.
    PO Box 25582
    Albuquerque, NM 87125
    thesalazarlawfirm@gmail.com

*Attorney for Plaintiff*